IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**JONETTE SHAMBURGER**                                            **PLAINTIFF**

**VS.**                            **CIVIL ACTION NO. 3:09-cv-00042-HTW-LRA**

**WAL-MART STORES EAST, LP;
AND JOHN DOES 1 THROUGH 10**                               **DEFENDANTS**

## AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE

THIS CAUSE having come on for consideration on the *ore tenus* motion of Plaintiff, **JONETTE SHAMBURGER**, through her attorney, for entry of a Judgment of Dismissal to dismiss this cause with prejudice on the basis that all claims have been fully resolved and compromised, the Court, understanding that counsel for the Defendants Wal-Mart Stores, Inc., Wal-Mart Stores East, Inc., and Wal-Mart Stores East, LP, joins in with this motion, finds that the relief requested is well founded and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED**, that the herein styled and numbered cause be, and the same hereby is dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 29th day of September, 2009.

                                                            **s/ HENRY T. WINGATE**
                                                            **CHIEF UNITED STATES DISTRICT JUDGE**

APPROVED AS TO FORM:

| s/ Thandi Wade | s/ Thomas M. Louis |
|---|---|
| Thandi Wade (MSB #10464) | Thomas M. Louis (MSB #8484) |
| Attorney for Plaintiff | Attorney for Defendant |